IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                        )<br>                    Plaintiff,            )<br>                                                        )<br>            v.                                   )<br>                                                        )<br>Nilo Bermeo-Escandon            )<br>                                                        )<br>                    Defendant.        ) | CR12-0047 |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 21, 2012 and ending on January 19, 2013. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2013 at Seattle, WA.

_____
Megan Seaborn
FSA Paralegal III

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### COURT CASE NUMBER: CR12-0047; NOTICE OF FORFEITURE

Notice is hereby given that on December 19, 2012, in the case of <u>U.S. v. Nilo Bermeo-Escandon</u>, Court Case Number CR12-0047, the United States District Court for the Western District of Washington entered an Order condemning and forfeiting the following property to the United States of America:

$12,008.00 U.S. Currency (12-DEA-562927) which was seized from Nilo Giovanni Bermeo-Escandon aka Oswaldo Perez on March 28, 2012 at 6103 Saint Albion Way, Apt. #I202, located in Mountlake Terrace, WA.

$10,360.00 U.S. Currency (12-DEA-563230) which was seized from Favian Cristobal Portoviejo-Rocano and Nilo Giovanni Bermeo-Escandon on March 28, 2012 at 6103 Saint Albion Way, Apartment #I202, located in Mountlake Terrace, WA.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 21, 2012) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 700 Stewart Street, Lobby Level, Seattle, WA 98101, and a copy served upon Assistant United States Attorney Francis Franze-Nakamura, 700 Stewart Street, Suite 5220, Seattle, WA 98101-1271. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 21, 2012 and January 19, 2013. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Nilo Bermeo-Escandon

**Court Case No:** CR12-0047
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/21/2012 | 24.0 | Verified |
| 2 | 12/22/2012 | 24.0 | Verified |
| 3 | 12/23/2012 | 24.0 | Verified |
| 4 | 12/24/2012 | 23.8 | Verified |
| 5 | 12/25/2012 | 24.0 | Verified |
| 6 | 12/26/2012 | 24.0 | Verified |
| 7 | 12/27/2012 | 24.0 | Verified |
| 8 | 12/28/2012 | 24.0 | Verified |
| 9 | 12/29/2012 | 24.0 | Verified |
| 10 | 12/30/2012 | 24.0 | Verified |
| 11 | 12/31/2012 | 24.0 | Verified |
| 12 | 01/01/2013 | 24.0 | Verified |
| 13 | 01/02/2013 | 24.0 | Verified |
| 14 | 01/03/2013 | 24.0 | Verified |
| 15 | 01/04/2013 | 24.0 | Verified |
| 16 | 01/05/2013 | 24.0 | Verified |
| 17 | 01/06/2013 | 24.0 | Verified |
| 18 | 01/07/2013 | 24.0 | Verified |
| 19 | 01/08/2013 | 24.0 | Verified |
| 20 | 01/09/2013 | 24.0 | Verified |
| 21 | 01/10/2013 | 24.0 | Verified |
| 22 | 01/11/2013 | 24.0 | Verified |
| 23 | 01/12/2013 | 24.0 | Verified |
| 24 | 01/13/2013 | 24.0 | Verified |
| 25 | 01/14/2013 | 24.0 | Verified |
| 26 | 01/15/2013 | 24.0 | Verified |
| 27 | 01/16/2013 | 24.0 | Verified |
| 28 | 01/17/2013 | 24.0 | Verified |
| 29 | 01/18/2013 | 24.0 | Verified |
| 30 | 01/19/2013 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.